

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-12-00351-CR |
| | § | |
| | § | Appeal from |
| EX PARTE:  DANIEL ALVAREZ | § | |
| | § | 384th District Court |
| | § | of El Paso County, Texas |
| | § | (TC # 960D10169) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed, in accordance with the opinion of this Court.  We therefore dismiss the appeal.  We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2013.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rivera, and Rodriguez, JJ.